| UNITED STATES BANKRUPTCY COURT<br>**Eastern District of Virginia (Richmond)** || **NOTICE OF CHANGE OF ADDRESS** |
|---|---|---|
| Name of Debtor:<br>Edwin Maxey Peebles and Wanda L. Peebles | Case Number:<br>11-30468 | |
| Name of Creditor:<br>U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Loan Trust Mortgage Pass-Through Certificates Series 2006-BC3 || |
| Name of Current Servicer of account:<br>Nationstar Mortgage, LLC || **COURT USE ONLY** |
| Name and Address where notices should be sent:<br>Nationstar Mortgage, LLC<br>PO Box 619096<br>Dallas, TX 75261-9741<br><br>Telephone Number: 877-343-5602 || X Check this box if you are changing the address that notices will go to. |
| Name and Address where payments should be sent (if different from above):<br>Nationstar Mortgage, LLC<br>PO Box 619094<br>Dallas, TX  75261-9741 || X Check this box if you are changing the address that payments will go to. |
| **1. Account Number: 0209** || ＿Check this box if the account number has changed. |

2.  Signature

    Check the appropriate box.
    ☐ I am the creditor.
    ☑ I am the creditor's authorized agent (Attached copy of power of attorney, if any.)
    ☐ I am the trustee, or the debtor.
    ☐ I am a guarantor, surety, indorser, or other codebtor.

    /s/ Michael Daniels                                       Date: 03/28/2015
    Michael Daniels - Assistant Secretary

# UNITED STATES BANKRUPTCY COURT

Eastern District of Virginia (Richmond)

Chapter 13 No. 11-30468

In re:                                                                                                    Judge: Keith L. Phillips

Edwin Maxey Peebles and Wanda L. Peebles

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2015, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid, or via filing with the US Bankruptcy Court's CM ECF system.

| | |
|---|---|
| Debtor: | Edwin Maxey Peebles<br>Wanda L. Peebles<br>1625 Pinchot St.<br>Richmond, VA 23235 |
| Debtor's Attorney: | Jason Meyer Krumbein<br>Krumbein Consumer Legal Services, Inc.<br>5310 Markel Rd<br>Suite 102<br>Richmond, VA 23230 |
| Trustee: | Suzanne E. Wade<br>P.O. Box 1780<br>Richmond, VA 23218-1780 |

/s/ Bill Taylor - Member of 4 S Technologies, LLC,

Authorized Agent for Nationstar Mortgage LLC,

through Walz Group as mailing agent